UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANA PASQUALE,

    Plaintiff(s),

v.

LAW OFFICES OF NELSON & KENNARD,

    Defendant(s).
_____/

No. C 5:11-cv-05265-PSG

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 12/9/2011

Signature _____

Counsel for _Plaintiff_
(Plaintiff, Defendant, or indicate "pro se")

## CERTIFICATE OF SERVICE

I, Nathan Adkins, hereby certify that a copy of the foregoing **1) Declination to proceed before a Magistrate Judge** was sent via FIRST CLASS MAIL to:

Nelson & Kennard
2180 Harvard St., Suite 160
Sacramento CA 95815-3314


Dated: December 9, 2011

_____
Nathan Adkins
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 861-1390
nadkins@consumerlawcenter.com