1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANA PASQUALE,                                              No.  CV11-05265 PSG

        Plaintiff(s),                                    NOTICE OF IMPENDING
                                                           REASSIGNMENT TO A UNITED STATES
    v.                                                   DISTRICT JUDGE

LAW OFFICES OF NELSON & KENNARD,

        Defendant(s).
_____/

      The Clerk of this Court will now randomly reassign this case to a United States District

Judge because one or more of the parties has requested reassignment to a United States District

Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

      **PLEASE TAKE NOTICE** that the case management conference presently set for Tuesday,

December 13, 2011 at 2:00 p.m. before Magistrate Judge Paul S. Grewal is hereby vacated.  Clerk to

reassign case.


Dated: December 9, 2011

                             Richard W. Wieking, Clerk
                             United States District Court

                             By: Oscar Rivera
                             Courtroom Deputy Clerk to
                             Magistrate Judge Paul S. Grewal